UNITED STATES of America, Plaintiff–Appellee

v.

Beimar PEREZ–FERNANDEZ, Defendant–Appellant.

No. 06–41418

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Rene' C. Flores, Federal Public Defender's Office, Southern District of Texas, Corpus Christi, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Beimar Perez–Fernandez (Perez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ther responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Counsel appointed to represent Darren Railey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Railey has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

